UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DANIELLE CARTER,<br><br>        Plaintiff,<br><br>v.<br><br>JENNIFER COOPER,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:18-CV-182-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED, plaintiff's objections to the M&R [D.E. 6] are OVERRULED, and plaintiff's complaint [D.E. 1-1] is DISMISSED without prejudice for lack of subject-matter jurisdiction.

**This Judgment Filed and Entered on June 8, 2018, and Copies To:**

Danielle A. Carter                                                                         (Sent to P.O. Box 40194
Raleigh, NC 27604 via US Mail)

DATE:                                              PETER A. MOORE, JR., CLERK
June 8, 2018                             (By) /s/ Nicole Briggeman
                                                               Deputy Clerk